# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

LEE WILSON,                                                         No. CIV S-09-2191-LKK-CMK-P

       Plaintiff,

  vs.                                                                        ORDER

SANDRA LEE WEVER, et al.,

       Defendants.

_____/

       Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff motion entitled "Request for Order for Sanctions; Contempt Compliance; and Default Judgment" (Doc. 25).

       In his one-page motion, plaintiff states as follows:

> Comes now the Plaintiff in the above entitled action hereby asks the court to order Mary David a defendant to comply with and complete the enclosed interrogatory that was mailed to her on 10/20/09. That Ms. David be held in contempt and sanctions issued for non-compliance. And Ms. David be ordered to appear.
> Finally, that a default be entered against Defendant Mary David who was duly served by the sheriff on 10/13/09 with a summons and complaint and who has failed to respond.

///

1

1  It appears by this request that plaintiff is seeking: (1) an order compelling defendant David to
2  produce discovery responses; (2) an order for sanctions against defendant David; and (3) a
3  default judgment against defendant David.  A review of the docket reflects that the court has not
4  yet determined that service of the complaint is appropriate.  As such, no defendant has been
5  property served pursuant to this court's authorization.  Because defendant David has not been
6  served, any discovery is premature and default is not appropriate.
7         Accordingly, IT IS HEREBY ORDERED that plaintiff's motion (Doc. 25) is
8  denied.

 DATED: September 29, 2010

 /s/ Craig M. Kellison
 **CRAIG M. KELLISON**
 UNITED STATES MAGISTRATE JUDGE