1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LEE WILSON,                          No. CIV S-09-2191-LKK-CMK-P

12               Plaintiff,

13       vs.                              ORDER

14   SANDRA LEE WEVER, et al.,

15               Defendants.

16   _____/

17               Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42

18   U.S.C. § 1983.  Pending before the court is plaintiff's second amended complaint (Doc. 54).

19               As a general rule, an amended complaint supersedes the original complaint.  See

20   Ferdik v. Bonzelet, 963 F.2d 1258, 1262 (9th Cir. 1992).  Thus, following dismissal with leave to

21   amend, all claims alleged in the original complaint which are not alleged in the amended

22   complaint are waived.  See King v. Atiyeh, 814 F.2d 565, 567 (9th Cir. 1987).  Therefore, the

23   court cannot refer to a prior pleading in order to make an amended complaint complete.  See

24   Local Rule 220.  An amended complaint must be complete in itself without reference to any prior

25   pleading.  See id.   Here, plaintiff states in the second amended complaint: "All allegations in the

26   original and 1st amended complaint are still alleged."  Plaintiff then adds new factual allegations.

1

Because the practice of incorporating a prior pleading into an amended pleading is not allowed the second amended complaint will be dismissed with leave to file a complete amended complaint which does not reference any prior pleadings.  Plaintiff is warned that failure to comply with this order may result in the dismissal of the action.  See Local Rule 110.

Accordingly, IT IS HEREBY ORDERED that:

1.     Plaintiff's second amended complaint (Doc. 54) is dismissed without prejudice; and

2.     Plaintiff shall file a complete amended complaint ,which sets forth all allegations in a single pleading without reference to prior pleadings, within 30 days of the date of this order.

DATED:   November 15, 2011

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE