**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEE WILSON, | No. 2:09-CV-2191-LKK-CMK-P |
|     Plaintiff, | |
|  vs. | <u>ORDER</u> |
| SANDRA LEE WEVER, et al., | |
|     Defendants. | |
|                               / | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On June 26, 2012, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time. No objections to the findings and recommendations have been filed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 26, 2012, are adopted in full;

2. This action shall proceed as against defendants Sandra Lee Wever and William Proffitt only; and

3. The following defendants are dismissed: Mary Daved, James Bueler, Shawn Webber, Maria Webber, and Dave Wever.

DATED: August 23, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT