IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEE WILSON,                                      No. 2:09-CV-2191-LKK-CMK-P

       Plaintiff,

   vs.                                           ORDER

SANDRA LEE WEVER, et al.,

       Defendants.

_____/

       Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  On August 8, 2012, the court issued findings and recommendations that this action be dismissed without prejudice for lack of prosecution and failure to comply with court rules and orders.  Specifically, as of that date, plaintiff had not submitted documents necessary for service of this action by the United States Marshal, as required by the court's June 26, 2012, order.  On August 20, 2012, plaintiff filed a motion for additional time to file objections to the August 8, 2012, findings and recommendations.  On August 27, 2012, plaintiff submitted some, but not all, of the documents necessary for service by the United States Marshal.  In light of plaintiff's partial compliance with the court's June 26, 2012, order, the August 8, 2012, findings and recommendations will be vacated.  Plaintiff will be provided additional time to submit the

required documentation for service by the United States Marshal. Plaintiff's motion for an extension of time to file objections to the August 8, 2012, findings and recommendations will be denied as unnecessary.

Plaintiff is again cautioned that failure to comply with this order may result in dismissal of the action. See Local Rule 110.

Accordingly, IT IS HEREBY ORDERED that:

1. The August 8, 2012, findings and recommendations are vacated;

2. Plaintiff's motion for an extension of time (Doc. 64) to file objections to the August 8, 2012, findings and recommendations is denied as unnecessary;

3. The Clerk of the Court shall send plaintiff two USM-285 forms; and

4. Within 30 days of the date of this order, plaintiff shall complete the provided USM-285 forms – one for each defendant – and return them to the court.

DATED: October 9, 2012

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE