IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEE WILSON,                      No. 12:09-CV-2191-LKK-CMK-P

       Plaintiff,

   vs.                          <u>ORDER</u>

SANDRA LEE WEVER,

       Defendant.

_____/

      Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. A review of the docket reflects that the court's order directing re-service on defendant by the United States Marshal was not served on the United States Marshall. The Clerk of the Court is, therefore, directed to serve a copy of the court's May 21, 2013, order (Doc. 77) on the United States Marshal.

      IT IS SO ORDERED.


DATED: July 10, 2014

                                      *Craig M. Kellison*
                                   **CRAIG M. KELLISON**
                                   UNITED STATES MAGISTRATE JUDGE