1

2

3

4

5

6

7

8

**IN THE UNITED STATES DISTRICT COURT**

9

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11  LEE WILSON,                                          No. 2:09-CV-2191-KJM-CMK-P

12          Plaintiff,

13      vs.                                              ORDER

14  SANDRA LEE WEVER,

15          Defendant.

16  _____/

17          Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18  42 U.S.C. § 1983.  A review of the docket reflects that the defendant Wever remains unserved.

19  The United States Marshal shall submit a report within 30 days of the date of this order on the

20  status of service of defendant Wever.

21          IT IS SO ORDERED.

22

23  DATED: July 2, 2015

24                                                      _____

    **CRAIG M. KELLISON**

25  UNITED STATES MAGISTRATE JUDGE

26

1