1

2

3

4

5

6

7

8    **IN THE UNITED STATES DISTRICT COURT**

9    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   LEE WILSON,                           No. 2:09-CV-2191-KJM-CMK-P

12            Plaintiff,

13       vs.                               <u>ORDER</u>

14   SANDRA LEE WEVER,

15            Defendant.

16   _____/

17            Plaintiff, a former prisoner proceeding pro se, brings this civil rights action

18   pursuant to  42 U.S.C. § 1983.

19            On March 14, 2013, the United States Marshal filed a return of service purporting

20   to show proper service on defendant Wever.  On May 21, 2013, the court issued an order denying

21   the United States Marshal's request for reimbursement of service costs, finding that service was

22   deficient.  <u>See</u> order at Doc. 77.  The order directed the United States Marshal to effect proper

23   service on defendant Wever.  As of July 6, 2015, the United States Marshal had not filed a return

24   of service and the court issued an order directing the United States Marshal to submit a status

25   report within 30 days on the status of service of defendant Wever.  <u>See</u> order at Doc. 85.  To date,

26   the United States Marshal has not complied with the July 6, 2015, order and a review of the

1

docket reflects that  defendant Wever remains unserved.   The United States Marshal shall submit a report in writing within 30 days of the date of this order on the status of service of defendant Wever.  Also within 30 days of the date of this order, the United States Marshal shall show cause in writing why sanctions should not be imposed for failure to comply with the court's prior orders.

           The Clerk of the Court is directed to serve a copy of this order, along with copies of the court's May 21, 2013, and July 6, 2015, orders (Docs. 77 and 85), on the United States Marshal.

           IT IS SO ORDERED.


 DATED:  January 11, 2016

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE