IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN LEE WILSON, | No. 2:09-CV-2191-KJM-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| SANDRA LEE WEVER, | |
| Defendant. | |
| _____ / | |

Plaintiff, a former prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

A review of the docket reflects that defendant was served on January 15, 2016, but has not filed a response to the complaint and that plaintiff has not taken any steps to prosecute following defendant's failure to file a response to the complaint. Plaintiff shall show cause in writing within 30 days of the date of this order why the action should not be dismissed for lack of prosecution. See Local Rule 110.

IT IS SO ORDERED.

DATED: October 12, 2016

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1