1

2

3

4

5

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MELVIN LEE WILSON,                    No. 2:09-CV-2191-KJM-CMK-P

12          Plaintiff,

13      vs.                                ORDER

14   SANDRA LEE WEVER,

15          Defendant.

16   _____/

17          Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18   42 U.S.C. § 1983.  On January 12, 2016, the court directed the United States Marshal to show

19   cause why sanctions should not be imposed for failing to comply with prior court orders

20   regarding personal service on defendant Wever.  The United Sates Marshal filed a response

21   concurrent with evidence that defendant Wever had been properly served.  The United States

22   Marshal also filed a request for reimbursement of costs of personal service pursuant to Federal

23   Rule of Civil Procedure 4(d)(2).  Good cause appearing therefor, the order to show cause will be

24   discharged and costs of service will be taxed against defendant Wever.

25   / / /

26   / / /

Accordingly, IT IS ORDERED that:

1.     The order to show cause issued on January 12, 2016, is discharged; and

2.     The costs of personal service in the amount of $137.18 are taxed against defendant Wever.

DATED:  January 20, 2017

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE